## LOCKE *et al. v.* WILLINGHAM.

*Simmons, C. J.*—No error of law was committed on the trial of this case; and the verdict being supported by the evidence, this court will not control the discretion of the trial judge in refusing a new trial.        *Judgment affirmed.*

August 10, 1896.

Complaint on notes. Before Judge Ross. City court of Macon. September term, 1895.

*Anderson & Jones*, for plaintiff in error.
*Andrew W. Lane,* contra.